# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**PAUL AARONS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-0109

[March 29, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Rothschild, Judge; L.T. Case No. 90-17084 CF10A.

Paul Aarons, DeFuniak Springs, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN, and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***